### Sarah W. Shaw v. Humphrey Shaw.

A decree granting a divorce from the bonds of matrimony is a final decree, from which an appeal will lie to this Court, although by the same decree a reference is ordered on the question of temporary alimony.

*Heard and Decided April 16th.*

Appeal from Macomb Circuit in Chancery.

The bill was for a divorce, from the bonds of matrimony. The decree granted the divorce, and also provided that defendant pay to complainant a certain amount for permanent alimony, and the costs, "and also what sum or sums of money may be just and reasonable in addition to the sum that has been paid for the support of the said complainant during the pendency of this suit, and the necessary expenses over and above the taxable costs in prosecuting the same;" and directed a reference to a Circuit Court Commissioner "to inquire what would be a reasonable sum to be allowed to the said complainant during the pendency of this suit, and also what would be a reasonable sum to be allowed to said complainant over and above the taxable costs to enable her to prosecute and defray the necessary costs, and expenses thereof," and to report thereon.

*G. Hubbard,* for appellee, moved to dismiss the appeal on the ground that this was not a *final* decree from which an appeal would lie, within the decisions in *Caswell v. Comstock,* 6 *Mich.* 291, and cases cited in note.

*H. D. Terry,* contra.

THE COURT denied the motion; holding that, as the issue raised by the pleadings was finally disposed of by the decree, the right of appeal was not affected by the reference on the collateral question of alimony.